IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00824-REB-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on **Plaintiff's Motion For Leave To File Clarified Statement of Application of *Peay v. Bell South Medical Assistance Plan* in Response To Defendant First Home Title's Motion To Dismiss** [#79] filed October 18, 2010. The motion is **GRANTED** and **Plaintiff's Clarified Statement of Application of *Peay v. Bell South Medical Assistance Plan* in Response To Defendant First Home Title's Motion To Dismiss** [#79-1] is accepted for filing.

    Dated: October 19, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.