**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00824-REB-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on the **Motion By K. Hovnanian First Homes, LLC and First Mortgage Lenders of Florida, LLC for Permission To File Consolidated Motion To Dismiss** [#123] filed January 3, 2011.  The motion is **GRANTED**.  Defendants K. Hovnanian First Homes, LLC and First Mortgage Lenders of Florida, LLC, may file a consolidated motion to dismiss that shall not exceed 28 pages.

    Dated:  January 4, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.