**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00824-REB-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Unopposed Motion To Exceed Page Limitation in its Response in Opposition To The Motion To Dismiss The Second Amended Complaint Filed by Defendants K. Hovnanian First Homes, LLC and First Mortgage Lenders of Florida, LLC** [#145] filed February 11, 2011.  The motion is **GRANTED** and **Plaintiff's Response in Opposition To Motion To Dismiss The Second Amended Complaint Filed by Defendants K. Hovnanian First Homes, LLC and First Mortgage Lenders of Florida, LLC** [#146] is accepted for filing.

    Dated:  February 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.