IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00824-REB-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

## MINUTE ORDER[1]

    The motions to dismiss docketed as [#40, #47, and #59] each are **DENIED** as moot. These motions were rendered moot by the filing of the **Second Amended Complaint and Jury Demand** [#113] filed December 17, 2010.

    **Defendant First Home Builders of Florida's Motion For Extension of Time To File a Reply in Support of Motion To Dismiss** [#154] filed February 25, 2011, is **GRANTED**. First Home Builders of Florida's joinder [#163] in reply filed by K. Hovnanian First Homes, LLC and First Mortgage Lenders of Florida, LLC's reply [#162] has been accepted for filing.

    Dated: September 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.