IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge**.

    This urgent matter comes before the Court *sua sponte*. On Wednesday, November 2, 2011, the Court held a Scheduling/Status Conference in this case at which the parties discussed the fact that a stay on discovery, which had been in place since April 19, 2011 (*see* docket #167), has been recently lifted with Judge Jackson's October 14, 2011 order on pending motions to dismiss, and that, in light of such order, the parties will require additional time before the currently scheduled trial date in March 2012 within which to conduct necessary discovery.[1] The parties referred this Court to Plaintiff's unopposed motion to vacate and continue the March 5, 2012 trial, which is currently

---

[1] Apparently, due to the significant motions practice that occurred following the filing of Plaintiff's Second Amended Complaint in December 2010, little or no discovery had taken place between the Plaintiff and Defendants Builders Mortgage Company, LLC, First Home Title, Inc., Gates, D'Alessandro & Woodyard, Inc., Patrick Logue, and James Sublett.

pending before Judge Jackson. *See* docket #177. All parties agree that a trial date in October 2012 will provide them sufficient time within which to conduct discovery. This Court finds that the parties have proceeded in good faith, and that good cause exists to continue the trial date in this matter. Therefore, assuming an October 2012 trial date, this Court and the parties developed the following proposed schedule:

| | |
|---|---|
| Initial expert designation: | April 1, 2012 |
| Rebuttal expert designation: | May 1, 2012 |
| Discovery cutoff: | May 15, 2012 |
| Dispositive motions deadline: | June 15, 2012 |
| Final Pretrial Conference: | August 1, 2012 at 9:30 a.m. |

This Court finds that the general interests of controlling the court's docket and the fair administration of justice require that the Plaintiff's request to continue the current trial setting be granted. Consequently, the Court respectfully recommends that the District Court grant the Plaintiff's motion and continue the March 5, 2012 trial to a date in October 2012 that is mutually acceptable to the District Court and the parties.[2]

Should the District Court accept this recommendation and grant the Plaintiff's motion to continue, this Court will enter the proposed discovery schedule, described herein, as an order of the

---

[2]Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).

Court.  However, if the District Court rejects this recommendation and denies the Plaintiff's motion, the Court will entertain requests for an alternate schedule that comports with the Final Pretrial Conference, which will proceed as scheduled on January 9, 2012.

Dated at Denver, Colorado, this 3rd day of November, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge