IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-CV-0824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

       Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA;
K.HOVNANIAN FIRST HOMES, LLC;
FIRST HOME TITLE, INC;
BUILDERS MORTGAGE COMPANY, LLC;
FIRST MORTGAGE LENDERS OF FLORIDA, LLC;
D'ALESSANDRO & WOODYARD, INC;
GATES, D'ALESSANDRO &WOODYARD, INC.;
PATRICK LOGUE, an individual; and
JAMES SUBLETT, an individual,

       Defendants.

---

## MINUTE ORDER

---

Entered by Judge R. Brooke Jackson

       The Court has reviewed the Recommendation of United States Magistrate Judge (#219) prepared by Magistrate Judge Michael E. Hegarty regarding the Plaintiff's unopposed motion to vacate and continue the March 5, 2012 trial. Docket #177.

       The Court hereby adopts the recommendation of the magistrate judge for the new pretrial schedule and grants the motion to vacate the March 5, 2012 trial date. The Court directs the parties to immediately and jointly contact Chambers at (303) 844-4694 to obtain a new trial date in October of 2012.

       DATED this 22nd day of November, 2011.