IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-CV-0824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA;
K.HOVNANIAN FIRST HOMES, LLC;
FIRST HOME TITLE, INC;
BUILDERS MORTGAGE COMPANY, LLC;
FIRST MORTGAGE LENDERS OF FLORIDA, LLC;
D'ALESSANDRO & WOODYARD, INC;
GATES, D'ALESSANDRO &WOODYARD, INC.;
PATRICK LOGUE, an individual; and
JAMES SUBLETT, an individual,

    Defendants.

---

ORDER RESETTING TRIAL AND PREPARATION CONFERENCE

---

    This matter has been rescheduled for a **12-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **October 15, 2012 at 9:00 a.m.**

    A Trial Preparation Conference is set for **September 21, 2012 at 2:30 p.m.** Counsel who will try the case shall attend in person.

    During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 22nd day of November, 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge