IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA,
K. HOVNANIAN FIRST HOMES, LLC,
FIRST HOME TITLE,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC.,
PATRICK LOGUE, an individual, and
JAMES SUBLETT, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2012**.

    The Court is in receipt of the Plaintiff's Response [docket #264] to the Court's May 17, 2012 Order to Show Cause [docket #263]. The order is hereby discharged.

    Without objection by Defendant First Home Title, Inc., the Plaintiff informs the Court that Plaintiff and Defendant First Home Title, Inc. have reached a settlement of all claims and matters in this case, including the matters raised in First Home Title Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 26(a)(1) and 37 for Failure to Provide Disclosure Documents and Responses to Interrogatories and Requests for Production [filed April 20, 2012; docket #259]. Therefore, the Court will **deny** the motion **without prejudice** to First Home Title, Inc. for re-filing if the settlement is not finalized.

    The parties are directed to file dismissal papers with the Court on or before June 8, 2012.