IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

    Plaintiff,

v.

K. HOVNANIAN FIRST HOMES, LLC,
BUILDERS MORTGAGE COMPANY, LLC,
FIRST MORTGAGE LENDERS OF FLORIDA, LLC,
D'ALESSANDRO & WOODYARD, INC.,
GATES D'ALESSANDRO & WOODYARD, INC., and
FIRST HOME TITLE, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2012**.

    Pursuant to the dismissal of Defendant James Sublett from this case [docket #266], Defendant James Sublett's Motion for Sanctions and Attorney's Fees [filed May 7, 2012; docket #261] is **denied as moot**.