**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Civil Action No. 10-cv-00824-RBJ-MEH

FIRST AMERICAN MORTGAGE, INC.,

      Plaintiff,

v.

FIRST HOME BUILDERS OF FLORIDA; *et al.,*

      Defendants.

---

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

---

      **THIS CAUSE** having come before the Court on PLAINTIFF FIRST AMERICAN

MORTGAGE, INC.'S MOTION FOR ENTRY OF FINAL ORDER OF DISMISSAL WITH

PREJUDICE and the Court having considered the Motion and all other relevant factors

      **IT IS HEREBY ORDERED AND ADJUDGED:**

      The Motion is GRANTED and the above captioned action is hereby dismissed in

its entirety with prejudice.

      DATED this 22nd day of August, 2012.

                                    BY THE COURT:

                                   _____

                                   R. Brooke Jackson
                                   United States District Judge